# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3461

Autotech Technologies, LP and Vikram Kumar

Appellants

v.

Patrick J. McDonnell, et al.

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:25-cv-00025-RGE)

_____

## ORDER

Anish Parikh's motion to supplement record is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

April 16, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler